**ALLSTATE INS. CO. v. LAHOUD**

[359 N.C. 628 (2005)]

ALLSTATE INSURANCE COMPANY v. MICHAEL A. LAHOUD, R.L.J., A MINOR, AND S.J. AS GUARDIAN AD LITEM FOR R.L.J., A MINOR

No. 14A05

(Filed 1 July 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 605 S.E.2d 180 (2004), affirming an order entered on 31 March 2003 by Judge W. Osmond Smith, III in Superior Court, Wake County. Heard in the Supreme Court 17 May 2005.

*Wallace, Morris, Barwick, Landis, Braswell & Stroud, P.A., by P.C. Barwick, Jr. and Kimberly A. Connor, for plaintiff-appellee.*

*George B. Currin for defendant-appellant Lahoud.*

Per Curiam.

AFFIRMED.